NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RUBEN MARTINEZ and MARIA MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, ANTHONY RAZO, SALVADOR LIZARRAGA, WILLIAM EAGLESON, GILBERT SILVA, JESUS LINN, and MARILYN DROZ,<br><br>Defendants. | Case No. 2:20-cv-10559-FWS-KS<br><br>**ORDER GRANTING JOINT STIPULATION RE DISMISSAL [174]** |

**GOOD CAUSE APPEARING**, the parties' Stipulation to the Dismissal of the Entire Action with Prejudice [174] is **GRANTED**.

This Dismissal constitutes a general mutual release and a mutual waiver of all costs, courts fees, and attorneys' fees arising out of the litigation of the Section 1983 claim as to all Defendants.

**IT IS SO ORDERED**.

Dated:  December 27, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

-1-